# CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

STATE v. BURBAGE. From Beaufort. *Attorney-General* for State; *Murray Allen* and *Small & McLean* for defendant. Dismissed on motion of defendant's counsel for defective record.

WOODLEY v. McGOWAN. From Washington. *W. M. Bond* and *H. S. Ward* for defendant, appellee; no counsel *contra.* Dismissed for failure to bring appeal to proper term and for failure to print brief.

SAWYER v. RAILROAD. From Camden. Docketed and dismissed under Rule 17, on motion of *Pruden & Pruden* and *Shepherd* for defendant.

JOHNSON v. RAILROAD. From Gates. Docketed and dismissed under Rule 17, on motion of *W. M. Bond* for plaintiff.

TAYLOR v. GAY. From Gates. Docketed and dismissed under Rule 17, on motion of *W. M. Bond* for defendant.

MIZELL v. WELDON LUMBER Co. From Halifax. *Day, Bell & Dunn, Murray Allen* and *T. C. Harrison* for plaintiff, appellee; *W. E. Daniel* and *E. L. Travis* for defendant, appellant. Affirmed.

DANIEL, ADM'R, v. KEARNEY. From Warren. Docketed and dismissed under Rule 17, on motion of *Tasker Polk* and *T. T. Hicks* for plaintiff, appellee.

HENDRICK v. STRICKLAND. From Nash. *W. M. Person* for plaintiff; *Jacob Battle* and *Austin & Grantham* for defendant. Dismissed under Rule 46.

WOODARD v. SYKES. From Franklin. Dismissed under Rule 17, on motion of *F. S. Spruill* for plaintiff, appellee.